# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN O'CONNOR,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>R. FISHER, Jr., Warden,<br><br>　　　　Respondent. | Case No. SA CV 16-493 JAK (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a de novo review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1     IT IS ORDERED that the Attorney General's motion to dismiss is
2 GRANTED and this case is dismissed with prejudice.

DATE: October 14, 2016      _____
                                       HON. JOHN A. KRONSTADT
                                       UNITED STATES DISTRICT JUDGE

2